Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
LeRoy Begay

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| LeRoy Begay,<br>　　　　Plaintiff,<br><br>　　v.<br><br>Alternative Recovery Management,<br><br>　　　　Defendant. | Case No.:<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)** |

## **PLAINTIFF'S COMPLAINT**

LeRoy Begay ("Plaintiff"), through his attorneys, KROHN & MOSS, LTD., alleges the following against Alternative Recovery Management ("Defendant"):

### **INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### **JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

**PARTIES**

5. Plaintiff is a natural person residing in Pinon, Navajo County, Arizona.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

8. Defendant is a collection agency and conducts business in Arizona.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

10. Upon information and belief, Defendant is collecting from Plaintiff a debt owed to Green Tree Financial for an automobile loan.

11. Defendant's representative, Rachel Johnson, contacted Plaintiff on his cell phone on or about June 17, 2010 demanding settlement payment of $3,500.00.

12. Defendant threatened Plaintiff that if Plaintiff did not pay this settlement by the end of the month, then it would garnish 40% of Plaintiff's wages.

13. Defendant threatened that if Plaintiff did not pay the $3,500.00 then Defendant would add 100 points to Plaintiff's credit score .

14. Plaintiff informed Defendant that he would not receive another paycheck until August.

15. Defendant informed Plaintiff that Defendant "needed it now."

16. As a direct result of Defendant's threat to garnish Plaintiff's wages, Plaintiff applied for a loan against his retirement to pay the settlement amount.

17. Plaintiff requested that Defendant fax or mail validation of the alleged debt.

18. To date, Plaintiff has not received a fax or any mail validating the alleged debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

19. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692e* of the FDCPA by making false, deceptive, and misleading representations in connection with the debt collection.

   b. Defendant violated *§1692e(4)* of the FDCPA by representing or implying that nonpayment of the alleged debt would result in the garnishment of Plaintiff's wages and increase Plaintiff's credit score even though Defendant did not intend to take such action.

   c. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt.

WHEREFORE, Plaintiff, LeRoy Begay, respectfully requests judgment be entered against Defendant, Alternative Recovery Management, for the following:

20. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

22. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiff, LeRoy Begay, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  July 13, 2010            KROHN & MOSS, LTD.


By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, LeRoy Begay, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, LeRoy Begay, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 7-3-10                              _LeRoy Begay_ (signature)
                                          LeRoy Begay