# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| LeRoy Begay,<br>　　　　　Plaintiff,<br><br>v.<br><br>Alternative Recovery Management,<br><br>　　　　　Defendant. | Case No.: CV-10-08121-PCT-GMS<br><br>**ORDER** |

Based upon Plaintiff's Voluntary Dismissal and pursuant to Fed. R. Civ. P. 41(a)(1) (Doc. 6),

**IT IS HEREBY ORDERED** that the above referenced matter is dismissed with prejudice.

Dated this 27th day of September, 2010.

*G. Murray Snow*
G. Murray Snow
United States District Judge

- 1 -